UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INFORMATION** CR 08-113 JNE |
| Plaintiff, | (18 U.S.C. § 1341) |
| v. | |
| 1. JONATHAN EDWARD HELGASON, | |
| 2. THOMAS JOSEPH BALKO, and | |
| 3. TJ WACONIA, LLC, | |
| Defendants. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
### (Mortgage Fraud)

From approximately 2004 through 2007, in the State and District of Minnesota, the defendants,

JONATHAN EDWARD HELGASON,
THOMAS JOSEPH BALKO, and
TJ WACONIA, LLC,

devised and intended to devise a scheme and artifice to defraud and to obtain money, namely, mortgage fraud, by means of false or fraudulent pretenses, and on or about March 21, 2006, for the purpose of executing such scheme and artifice, did knowingly cause to be sent and delivered an item by United States Postal Service and commercial interstate carrier; all in violation of Title 18, United States Code, Section 1341.

Respectfully submitted,

Dated: April 11, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

BY: JOSEPH T. DIXON, III
Assistant U.S. Attorney
Attorney ID No. 0283903

APR 1 1 2008

FILED

RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED_____
DEPUTY CLERK'S INITIALS_____

SCANNED
APR 1 1 2008
U.S. DISTRICT COURT MPLS