# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 08cr113(1) (JNE) |
| Jonathan Edward Helgason, Defendant. | Date: April 17, 2008 |
| | Court Reporter: Maria Weinbeck |
| | Time Commenced: 3:04 p.m. |
| | Time Concluded: 3:58 p.m. |
| | Time in Court: 0 Hours & 25 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Joan N. Ericksen, United States Judge, at Minneapolis, Minnesota.

APPEARANCES:

   For Plaintiff:   Joseph T. Dixon, III
   For Defendant:   Steven J. Meshbesher ☐ FPD ☐ CJA ☐ Retained ☐ Appointed
Interpreter/Language: /
☐ Appointment of Counsel requested - ☐ granted ☐ denied.
☐ Appointed

PROCEEDINGS:

   ☒ **Arraignment** on ☒ Information, ☐ Indictment
   ☐ **Change of Plea Hearing.**
   ☐ **Initial Appearance.**
   ☐ Indictment waived.
   ☐ Defendant withdraws plea of as to Count(s):

   ☒ PLEA:
      ☒ Guilty as to Count(s): 1 of the Felony Information
      ☐ "Nolo Contendere" as to Count(s):
      ☒ Defendant admits allegations in the Information.

   ☒ Presentence Investigation and Report requested.
   ☒ Bond set.
   ☐ **~Util Set/Reset Hearings:** Sentencing is scheduled for at before.
   ☐ Defendant remanded to the custody of the U.S. Marshal.

_s/Sheri L. Frette_
Calendar Clerk